**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　　Case No. 08-cr-123-PB

<u>Nathan Ledoux</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for February 3, 2009, citing the need for additional time to determine whether defendant is eligible to participate in the pretrial diversion program.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 3, 2009 to April 7, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 21, 2009 final pretrial conference is continued to March 25, 2009 at 4:00 p.m.

SO ORDERED.

<u>/s/Paul Barbadoro</u>  
Paul Barbadoro  
United States District Judge

January 20, 2009

cc: Jeffrey S. Levin, Esq.  
    Donald Feith, Esq.  
    United States Probation  
    United States Marshal