**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

      **v.**                                   Case No. 08-cr-123-PB

**Nathan Ledoux**

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for April 7, 2009, citing defendant's application for participation in the pretrial diversion program which is awaiting approval.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 7, 2009 to June 2, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 25, 2009 final pretrial conference is continued to May 27, 2009 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 24, 2009

cc:   Jeffrey Levin, Esq.
      Donald Feith, AUSA
      United States Probation
      United States Marshal